**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      In the Interest of H.D.D.B, A Child

Appellate case number:   01-20-00723-CV

Trial court case number:  19-DCV-268152

Trial court:                    328th District Court of Fort Bend County

On July 14, 2022, appellant J.A.B. filed a motion for rehearing of the panel's opinion and judgment in the above-referenced appeal. Appellant's motion for rehearing is **denied**.

It is so ORDERED.

Judge's signature: /s Amparo Guerra
                         Acting for the Court

Panel consists of Justices Kelly, Guerra, and Farris.

Date:  July 26, 2022